IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LIDIA YESENIA YAT SALAM,<br><br>Petitioner,<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>Respondents. | Civil Action No. 1:25-cv-03240-LKG<br><br>Dated: December 18, 2025 |

**<u>ORDER</u>**

On September 30, 2025, the Petitioner, Lidia Yesenia Yat Salam, filed a petition for a writ of habeas corpus in the above-captioned matter. ECF No. 1. On October 14, 2025, the Government filed a response in opposition to the petition and a motion to dismiss the petition. ECF No. 7. On October 28, 2025, the Petitioner filed a reply to the answer to the habeas petition and a response in opposition to the Government's motion to dismiss. ECF No. 8. On December 18, 2025, the Court held a hearing on these matters.

For the reasons stated during the hearing, the Court:

(1) **DENIES** the Government's motion to dismiss (ECF No. 7);

(2) **GRANTS-in-PART and DENIES-in-PART** the Petitioner's petition for a writ of habeas corpus (ECF No. 1) **WITHOUT PRJEUDICE**; and

(3) **ORDERS** that:

    a. The Respondents are **ENJOINED** from detaining the Petitioner pursuant to 8 U.S.C. § 1225(b) for the reasons stated during the December 18, 2025, hearing;

    b. **On or before January 2, 2026**, the Respondents shall return the Petitioner to the Baltimore Field Office of U.S. Immigration and Customs Enforcement ("ICE") located at 31 Hopkins Plaza, 6th Floor, Baltimore, Maryland 21201 (the "ICE Baltimore Field Office") for an initial determination by an immigration officer on the Petitioner's bond or detention under 8 U.S.C. § 1226(a);

  c. If the immigration officer does not release the Petitioner on a bond, the Respondents shall arrange for the Petitioner to receive, **on or before January 2, 2026**, a bond hearing before an immigration judge, at which she can be represented by her present counsel, at the Immigration Court in either Baltimore, Maryland or Hyattsville, Maryland.

  d. The bond hearing shall be conducted under 8 U.S.C. § 1226(a) and 8 C.F.R. §§ 236.l, 1003.19, and 1236.l, and the Respondents shall provide the Petitioner with any other process due to her under these provisions.

  e. During any ICE detention following the immigration officer's determination and before any bond hearing to occur in accordance with this Order, the Petitioner shall be detained in a state immediately adjacent to Maryland.

  f. If the Petitioner is not released on bond by an immigration officer, or provided with a bond hearing before an immigration judge, **on or before January 2, 2026**, the Respondents shall release the Petitioner from custody from the ICE Baltimore Field Office. If released, the Petitioner may be subject to conditions, including a requirement that she appear at a bond hearing at the Immigration Court in Baltimore, Maryland or Hyattsville, Maryland.

  **IT IS FURTHER ORDERED** that the Court shall **RETAIN** jurisdiction of this matter to enforce compliance with this Order

  **IT IS FURTHER ORDRED** that the parties shall **FILE** a joint status report **on or before January 5, 2026**, to confirm if the Respondents have provided the Petitioner with a bond hearing. If the Petitioner has not been released from custody, the Respondents shall state whether and when a bond hearing was held in accordance with this Order and shall further inform the Court of the grounds for the immigration judge's decision.

  **IT IS SO ORDERED.**

             s/ Lydia Kay Griggsby
             LYDIA KAY GRIGGSBY
             United States District Judge